IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENN B. SPILLMAN, | ) | No. C 10-4980 CRB (PR) |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S MOTION |
| vs. | ) ) | FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON |
| VINCE CULLEN, Acting Warden, | ) ) | APPEAL |
| Respondent. | ) ) | |

    This is a habeas corpus case filed pro se by a state prisoner. This court denied the petition and denied a certificate of appealability ("COA"). Petitioner filed a timely notice of appeal, and now moves for leave to proceed in forma pauperis ("IFP") on appeal.

    The clerk has transmitted the file to the court of appeals. Petitioner may ask the court of appeals to issue the certificate, see R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, see R.App.P. 22(b)(2). That is, the court of appeals will consider whether a certificate of appealability should issue, and thus whether the appeal may proceed. Pending the court of appeals' decision on whether a COA should issue, the motion for leave to proceed IFP on appeal (document number 12) is DENIED. The motion may be renewed if a COA is granted.

IT IS SO ORDERED.

DATED: April 5, 2012

CHARLES R. BREYER
United States District Judge

N:\10-4980.crborder.wpd